

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-23-2009

# Berrier v. Simplicity Mfg Inc

Precedential or Non-Precedential: Precedential

Docket No. 05-3621

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"Berrier v. Simplicity Mfg Inc" (2009). *2009 Decisions.* Paper 1430.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/1430

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 05-3621

_____

WAYNE BERRIER; BRENDA GREGG, in their own right and as
parents and natural guardians of Ashley Berrier, a minor,

Appellants

v.

SIMPLICITY MANUFACTURING, INC.,

Third-Party Plaintiff

v.

SUSIE SHOFF;
MELVIN SHOFF,

Third-Party Defendants

_____

Appeal from the United States District Court
for The Eastern District of Pennsylvania
(Civil Action No. 04-cv-00097)
District Judge: Hon. Legrome D. Davis

_____

Argued: January 8, 2007

Before: McKEE, AMBRO, and FISHER <u>Circuit Judges</u>

_____

**ORDER AMENDING OPINION**

_____

**IT IS HEREBY ORDERED** that the Opinion filed in this case on April

21, 2009, be amended as follows:

> On page 36, delete the sentence reading: "He stated: 'I BELIEVE, HOWEVER, that the . . . summation of Pennsylvania law demonstrates a *compelling* need for consideration of reasoned alternatives, such as are reflected in the position the Third Restatement.' 841 A.2d at 1018 (upper case in original, italics added)."  Replace it with: "He stated: 'I believe, however, that the . . . summation of Pennsylvania law demonstrates a *compelling* need for consideration of reasoned alternatives, such as are reflected in the position of the Third Restatement.' 841 A.2d at 1018 (italics added)."

BY THE COURT:


  /s/ Theodore A. McKee
CIRCUIT JUDGE

Dated: 23 April 2009

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 05-3621

———————

WAYNE BERRIER; BRENDA GREGG, in their own right and as
parents and natural guardians of Ashley Berrier, a minor,

Appellants

v.

SIMPLICITY MANUFACTURING, INC.,

Third-Party Plaintiff

v.

SUSIE SHOFF;
MELVIN SHOFF,

Third-Party Defendants

———————

Appeal from the United States District Court
for The Eastern District of Pennsylvania
(Civil Action No. 04-cv-00097)
District Judge: Hon. Legrome D. Davis

———————

Argued: January 8, 2007

Before: McKEE, AMBRO, and FISHER <u>Circuit Judges</u>

———————

**ORDER AMENDING OPINION**

———————

**IT IS HEREBY ORDERED** that the Opinion filed in this case on April

21, 2009, be amended as follows:

On page 36, delete the sentence reading: "He stated: 'I BELIEVE, HOWEVER, that the . . . summation of Pennsylvania law demonstrates a *compelling* need for consideration of reasoned alternatives, such as are reflected in the position the Third Restatement.' 841 A.2d at 1018 (upper case in original, italics added)."  Replace it with: "He stated: 'I believe, however, that the . . . summation of Pennsylvania law demonstrates a *compelling* need for consideration of reasoned alternatives, such as are reflected in the position of the Third Restatement.' 841 A.2d at 1018 (italics added)."

BY THE COURT:

  /s/ Theodore A. McKee
CIRCUIT JUDGE

Dated: 23 April 2009